# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| MARLON GREEN | § § | |
| v. | § | Civil Action No. 4:17-CV-649 |
| STATE FARM, ET AL. | § § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On December 28, 2018, the report of the Magistrate Judge (Dkt. #11) was entered containing proposed findings of fact and recommendations that Plaintiff Marlon Green's claims against Defendants State Farm, Derek Morel, Joan Madere, and Robie Rotolo be dismissed without prejudice.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, the court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the court.

It is, therefore, **ORDERED** that Plaintiff Marlon Green's claims against Defendants State Farm, Derek Morel, Joan Madere, and Robie Rotolo are **DISMISSED WITHOUT PREJUDICE**.

All relief not previously granted is **DENIED**.

**IT IS SO ORDERED**.

SIGNED this the 6th day of February, 2019.

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE